UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN CARLOS ESTRADA-ALMAGER,<br><br>                                        Petitioner,<br><br>v.<br><br>KRISTI NOEM, Secretary of the Department of Homeland Security; PAMELA JO BONDI, Attorney General; TODD M. LYONS, Acting Director, Immigration and Customs Enforcement; JESUS ROCHA, Acting Field Office Director, San Diego Field Office; and CHRISTOPHER LAROSE, Warden at Otay Mesa Detention Center,<br><br>                                        Respondents. | Case No.: 26-cv-1556-JES-BJW<br><br>**ORDER:**<br><br>**(1) GRANTING PETITION FOR WRIT OF HABEAS CORPUS;**<br><br>**(2) DENYING AS MOOT JOINT MOTION FOR EXTENSION OF TIME; and**<br><br>**(3) DENYING AS MOOT JOINT MOTION TO EXPEDITE RULING**<br><br>**[ECF Nos. 1, 4, 5]** |

Before the Court is Petitioner Juan Carlos Estrada-Almager's ("Petitioner") Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 ("Petition"), filed on March 12, 2026. ECF No. 1 ("Pet."). Pursuant to the Court's Order to Show Cause, Respondents filed a return on March 18, 2026. ECF No. 5 ("Return"). The parties also filed a joint motion for

extension of time regarding the return prior to its filing, and a joint motion to expedite ruling by this Court. ECF Nos. 4, 6.

Petitioner is a citizen of Cuba who has lived in the United States for over 30 years. ECF No. 1 at 2. He was ordered deported over 20 years ago, and the government has not been able to effectuate his removal since. *Id.* He was released on an order of supervision in 2003. *Id.* Petitioner was re-detained by ICE on February 26, 2026, and has since been told that Cuba will not accept his deportation. *Id.* Petitioner challenges his detention under *Zadvydas v. Davis* and requests his immediate release. *Id.* at 11; 533 U.S. 678 (2001).

Respondents agree with Petitioner that he is "entitled to be released from custody" under *Zadvydas* because "there is no evidence to suggest there is a significant likelihood that Petitioner will be removed in the reasonably foreseeable future." Return at 1-2. The parties moved for an expedited ruling on the basis of their agreement that Petitioner is entitled to be released. ECF No. 6.

Considering the parties' agreement and the briefing in this matter, the Court **GRANTS** Petitioner's writ of habeas corpus. Respondents are **ORDERED** to immediately release Petitioner from custody, subject to the conditions of his preexisting Order of Supervision. The Parties are **ORDERED** to file a Joint Status Report no later than 5:00 p.m. on March 20, 2026, confirming that the Petitioner has been released. Because the requested relief is granted, the Court **DENIES AS MOOT** the motion for extension of time and the motion to expedite ruling. ECF Nos. 4, 6. The Clerk of Court is **ORDERED** to **CLOSE** this case.

**IT IS SO ORDERED.**

Dated: March 19, 2026

Honorable James E. Simmons Jr.
United States District Judge

2

26-cv-1556-JES-BJW